# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mariama Moore, | Case No. 25-cv-01972 (KMM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Model Cities and Safe Space Shelter, *Staff members, homeless residents*, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff Mariama Moore's application to proceed *in forma pauperis* (Dkt. 2) is **GRANTED**.

2. Moore must submit a properly completed Marshal Service Form (Form USM-285) for Defendant Model Cities and for Defendant Safe Space Shelter.[1]  If Moore does not complete and return the Marshal Service Forms within 30 days of this Order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute.  Marshal Service Forms will be provided to Moore by the Court.

3. After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from Defendant Model Cities

---

[1]  The other defendants named to this action are insufficiently identified for service of process to be effected.

and from Defendant Safe Space Shelter, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If Defendant Model Cities or Defendant Safe Space Shelter fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that that Defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

Dated: May 27, 2025

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge